UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD H. BHIMJI, | ) | Case No. CV 05-5713 GW(JC) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DERRAL G. ADAMS, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 20, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE